**1132**

Joseph M. Matranga, Dominick J. Matranga, Mobile, Ala., for plaintiff-appellant.

George F. Wood, Pillans, Reams, Tappan, Wood & Roberts, Mobile, Ala., for defendants-appellees.

Before GEWIN, GOLDBERG and DYER, Circuit Judges.

PER CURIAM:

In this controversy between Tamboris, an alien seaman, and Kainis Compania Maritima, S.A., a foreign shipowner, in which damages are sought under the Jones Act and for unseaworthiness, Tamboris appeals from the dismissal of his complaint. We affirm.

■■ The District Court considered the seven factors explicated in Lauritzen v. Larsen, 1953, 345 U.S. 571, 73 S.Ct. 921, 97 L.Ed. 1254, and correctly concluded that American law does not apply to a dispute arising out of a personal injury to a Greek seaman aboard a Liberian flag vessel owned by a Panamanian corporation which is in turn a wholly owned subsidiary of a Liberian corporation.

Unlike Hellenic Lines Ltd. v. Rhoditis, 1970, 398 U.S. 306,[1] 90 S.Ct. 1731, 26 L. Ed.2d 252, where American law was applied in the case of a foreign owner and operator when it appeared that the holder of ninety-five percent of the stock of the corporate shipowner and the company's directing hand was a longtime resident alien of the United States, it is here undisputed that no American citizens or residents own any share of the owning corporation, directly or indirectly.[1]

Affirmed.

UNITED STATES of America, Plaintiff-Appellee,

v.

Virgil **HAYES**, Jr., Defendant-Appellant.

No. 30795

Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

March 30, 1971.

---

1. It is undisputed that "C" Ventures, Inporated, was acting as agent only and had no ownership interest in the vessel. Since it was neither employer nor shipowner, the corporation was properly dismissed by the District Court.

* Rule 18, 5 Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409.

Wesley R. Asinof, Atlanta, Ga., for defendant-appellant.

John W. Stokes, Jr., U. S. Atty., Robert E. Whitley, Asst. U. S. Atty., Atlanta, Ga., for plaintiff-appellee.

Before JOHN R. BROWN, Chief Judge, and INGRAHAM and RONEY, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Glenn Michael ROGERS, Defendant-**
**Appellant.**

No. 30562
Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

March 26, 1971.

Rehearing Denied April 12, 1971.

Thomas G. Sharpe, Jr., Hardy & Sharpe, Brownsville, Tex., for defendant-appellant.

Anthony J. P. Farris, U. S. Atty., Raul A. Gonzalez, Dewey F. Meadows, James R. Gough, Asst. U. S. Attys., Houston, Tex., for plaintiff-appellee.

Before BROWN, Chief Judge, INGRAHAM and RONEY, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

**COMMONWEALTH OF PENNSYLVA-**
**NIA ex rel. Francis FEILING and**
**Jean Feiling, Appellants**

v.

**Charles SINCAVAGE, State Police Officer; Joseph Sauders, State Police Officer; Anthony Cancilla, Castle Shannon Police Officer, and Officer Miller, Castle Shannon Police Officer.**

No. 19086.

United States Court of Appeals,
Third Circuit.

Submitted March 5, 1971.

Decided March 24, 1971.

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F. 2d 966.

* Rule 18, 5th Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of

New York et al., 5th Cir. 1970, 431 F.2d 409, Part I.

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F. 2d 966.